IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA SWINDLE RACUSIN AND PHILIP RACUSIN, | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § | |
| | § | CIVIL ACTION NO. |
| ADVANCE PUBLICATIONS, INC. D/B/A OR A/K/A CONDE NAST PUBLICATIONS, W.P. PRODUCTIONS, INC., AND NATIONAL PRODUCT RECONDITIONING A/K/A NPR, INC., | § § § § § | 4:16-cv-02730 |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiffs Amanda Swindle Racusin and Philip Racusin hereby give notice of their dismissal of all claims and causes of action made in this lawsuit against all named Defendants WITH PREJUDICE.   THIS IS A FINAL JUDGMENT.

Respectfully Submitted,


/s/ Philip D. Racusin

_____

Philip D. Racusin
Attorney At Law
1415 Hyde Park Blvd. #F
6th Floor, Suite #600
Houston, Texas 77006
Telephone: 832-265-2641
Email: pracusin@gmail.com

ATTORNEY FOR PLAINTIFFS
AMANDA SWINDLE RACUSIN AND
PHILIP RACUSIN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of September 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of Texas, using the CM/ECF system, which will send notification of such filing to Kurt Meaders and I will personally send a copy to Mr. Racusin via electronic means to his email account listed on his state court pleadings.

Kurt W. Meaders
Meaders & Lanagan
2001 Bryan Street, Suite 3625
Dallas, TX  75201-3068

Philip D. Racusin
Attorney At Law
1415 Hyde Park Blvd. #F
6th Floor, Suite #600
Houston, Texas 77006
Telephone: 832-265-2641
Email: pracusin@gmail.com

/s/ Kurt W. Meaders
KURT W. MEADERS